UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
MAY 30 2012

*****************************************************************************
|  |  |  |
|---|---|---|
| KRISTI ALLEN, | * | CIV. 11-4077 |
| Plaintiff, | * |  |
| vs. | * | ORDER OF DISMISSAL |
| RIVER CROSSING, LLC, a South Dakota limited liability company, | * |  |
| Defendant. | * |  |
*****************************************************************************

The parties having filed a joint stipulation of dismissal, it is hereby

ORDERED that the stipulation is granted and this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. The Court retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated this 30 day of May, 2012.

BY THE COURT:

JOHN E. SIMKO
United States Magistrate Judge